In the Matter of the Application of IDA McCoy, Appellant, for an Order under Article 78 of the Civil Practice Act, against THE CITY OF NEW YORK and Others, Respondents, and WALTER V. McCoy, JR., Intervenor, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.